UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA – TAMPA DIVISION

CASE NO. 8:15-bk-10728-MGW
CHAPTER 7

IN RE:

Kay N Johnson
aka Kay Nichols Johnson,
    Debtor
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the Order Lifting the Automatic Stay in Favor of Federal National Mortgage Association ("Fannie Mae"), its Successors and Assigns (Docket No. 14) was served by electronic filing and/or U.S. Mail, first-class postage prepaid, on _12th_ day of January, 2016, upon:

### Mailing List

**Kay N Johnson**
4001 Beneva Rd. #312
Sarasota, FL 34233

**Melanie Archer Newby**
Jodat Law Group P.A.
521 Ninth Street West
Bradenton, FL 34205

**Traci K. Stevenson,** *Trustee*
P O Box 86690
Madeira Beach, FL 33738

*U.S. Trustee*
**United States Trustee - TPA7/13**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

File No.: 15-04775 SET
V1.20140101

The parties identified on the NEF receipt were served by NEF on __12TH__ day of January, 2016.

                Respectfully Submitted,

**Kahane & Associates, P.A.**
8201 Peters Road, Suite 3000
Plantation, Florida 33324
Telephone: (954) 382-3486
Telefacsimile: (954) 382-5380

By:_____
  Marc G. Granger, Esq., Fla. Bar No.: 146870
  Gregg S. Ahrens, Esq., Fla. Bar No.: 352837
  Taji Foreman, Esq., Fla. Bar No.: 58606

File No.: 15-04775 SET
V1.20140101