**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-10728 | | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, KAY N | | | Date Filed (f) or Converted (c): | 12/20/2017 (c) |
| For the Period Ending: | 09/30/2018 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 03/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 213 Majestic Dr. Charleston, WV 25313 | $85,740.00 | $143.00 | | $0.00 | FA |
| 2 | Checking Piedmont Advantage CU 390-2 (-$81.39) | $0.00 | $0.00 | | $0.00 | FA |
| 3 | Checking Clearview CU 29-09 (-$29.07) | $0.00 | $0.00 | | $0.00 | FA |
| 4 | Savings Cleaview CU 29-00 | $10.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Achieva CU S68 | $2,179.99 | $0.00 | | $0.00 | FA |
| 6 | Savings Achieva CU S1 | $10.00 | $0.00 | | $0.00 | FA |
| 7 | Savings West Virginia CU 45-1 | $1.00 | $0.00 | | $0.00 | FA |
| 8 | Savings Piedmont Advantage CU 390-1 | $0.37 | $0.00 | | $0.00 | FA |
| 9 | Living Room, Dining Room, Bedroom Furniture, Washer/Dryer, Computer, TV, VCR/DVD | $800.00 | $800.00 | | $0.00 | FA |
| 10 | Clothing | $50.00 | $50.00 | | $0.00 | FA |
| 11 | 2 Watches, Ring | $100.00 | $0.00 | | $0.00 | FA |
| 12 | CMFG Life Insurance - No CSV | $0.00 | $0.00 | | $0.00 | FA |
| 13 | 2015 Tax Refund | Unknown | $547.60 | | $547.60 | FA |
| 14 | 2005 Toyota Rav4 76,000 miles | $6,216.00 | $4,050.00 | | $4,050.00 | FA |
| 15 | 4001 Beneva Rd. #312 Sarasota, FL 34233 (u) | $67,500.00 | $67,500.00 | | $0.00 | FA |
| 16 | 4001 Beneva Rd. #105 Sarasota, FL 34233 (u) | $36,200.00 | $36,200.00 | | $0.00 | FA |
| 17 | POST CONVERSION RENTAIL INCOME $950/M0. (JAN, FEB 2018) (u) | $0.00 | $1,900.00 | | $3,618.11 | $1,281.89 |

| | | | | | Gross Value of Remaining Asset |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | $198,807.36 | $111,190.60 | | $8,215.71 | $1,281.89 |

**Major Activities affecting case closing:**

| Case No.: | 15-10728 | | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, KAY N | | | Date Filed (f) or Converted (c): | 12/20/2017 (c) |
| For the Period Ending: | 09/30/2018 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 03/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | |
|---|---|
| 10/23/2018 | need to sell judgment |
| 10/23/2018 | bkg is selling condo |
| 10/11/2018 | renter need new fridge they bought it and took it out of the rent |
| 10/02/2018 | em from dmq - On Johnson, I just sent the deed to be recorded in Sarasota County, and the order and judgment to be entered. When the judgment is entered, I will docket it in Tallahassee (to make it a lien on her personal property for the next 5 years), and record it in Sarasota County (to make it a lien on her real property - or at least a cloud on the title). |
| 09/21/2018 | deed is signed mcw is recording it with the county and is working on getting the money owed to the estate |
| 06/19/2018 | em debtor atty to see where the deed is she no longer represents the debtor em to dmq to see if he received it |
| 05/01/2018 | HRG ON 5/24/18 ON COMPEL TURNOVER |
| 04/25/2018 | see attached em from dmq he is going to file an ap |
| 04/02/2018 | em to bank to fix 3/1/18 dep. by .60 more. ck image says $3597.60 |
| 03/06/2018 | SEE UPLOADED EM. WE HAVE A COMPROMISE. |
| 03/05/2018 | pulled case from closing to determine post pet. rents. may need to file AP again. |
| 02/27/2018 | filed bos |
| 02/19/2018 | sent reminder that payment is due march 1st |
| 01/29/2018 | sent em to debtor atty they owe to the estate for the vehicle and tax refund 2015 $3597.60 |
| 01/23/2018 | withdrew RND |
| 01/19/2018 | dmc attending 341 |
| 10/27/2017 | em to green bank to reverse charges to match order to pay me. |
| 03/09/2017 | refiled qm fee since mot. to reconvert denied. |
| 01/19/2017 | hearing 1/23/17 at 2 going to ask to continue so we don't have to do qm fees because may reconvert. |

| | | | SUBTOTALS | $0.00 | $0.00 |
|---|---|---|---|---|---|

| Case No.: | 15-10728 | | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|---|
| Case Name: | JOHNSON, KAY N | | | Date Filed (f) or Converted (c): | 12/20/2017 (c) |
| For the Period Ending: | 09/30/2018 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 03/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 11/10/2016 | notes from mcw<br><br>Traci<br><br>Looks like this one will be back in our hands soon:<br><br>8:15-bk-10728-RCT Kay N Johnson<br>Prepare Hearing Notice - Automation Use Only<br><br>Docket Text: Preliminary Hearing Scheduled for 12/05/2016 01:30 PM Tampa, FL - Courtroom 9A, Sam M. Gibbons United States Courthouse, 801 N Florida Avenue. Re: Motion for Leave to Withdraw as Counsel Doc [79]. This entry is not an official notice of hearing from the court. Noticing Instructions: Melanie Archer Newby is directed to prepare, file and serve the notice of hearing on interested parties within 3 days. Failure to comply with the noticing instructions will result in cancellation of the hearing that addresses this specific matter. (related document(s)[79]). (Chap, Dkt)<br>I'll wait for it to be kicked out of Ch 13 (john Cole is pressing hard), and then I'll reset the depo to find out how much rent she owes you on Unit #105. |
| 10/25/2016 | converted to ch. 13 now may be reconverted. hrg set. |
| 10/13/2016 | em to TF on qm fee app. |
| 09/16/2016 | cant change status to converted while funds in the bank, left open until disbursement. |
| 09/13/2016 | sent to TF to do qm fee. tickled. |
| 09/02/2016 | conv. to ch. 13. em to dmc for qm fee. |
| 08/22/2016 | update from rcw em<br><br>Ms. Newby: Good morning and thank you for your e-mail.   We have scheduled debtor's deposition for September 16, 2016, at 10:00 a.m., at Vincent M. Lucente & Associates, Inc., Court Reporters, 1800 2nd Street, Suite 903, Sarasota, Florida, in the main case and adversary case, and will send you copies of the documents we file and serve on Debtor.   Mr. McEwen anticipates the deposition will last approximately 2 hours. |
| 08/09/2016 | d. am. scheds. and added one condo subj. to trial over turnover, apt 312. also listed 4001 Beneva Rd, #105 as unscheduled RE, subj. to the lawsuit too. no value determined. |
| 08/04/2016 | 9/26/16 trial set on obj. to ex. D. mc. tickled. |
| 08/04/2016 | trial 9/26/16 ck w/ d. McEwen if settled or what happened. |
| 08/03/2016 | debtors have filed many extentions for tax return asked for proof never received and I sent another em to atty today asking if they have filed |
| 07/07/2016 | em from D. Mc. on AP ag. McCracken. no settlement, proceed to trial. |
| 06/07/2016 | wnd em from d. mc. for settlement. or we go to trial. |
| 05/24/2016 | em from d. mc. trying for global settlement in the AP. |
| 05/18/2016 | debtor has not filed them yet |

| | | | | | |
|---|---|---|---|---|---|
| | | | **SUBTOTALS** | $0.00 | $0.00 |

| Case No.: | 15-10728 | | | Trustee Name: | Traci K. Stevenson |
| Case Name: | JOHNSON, KAY N | | | Date Filed (f) or Converted (c): | 12/20/2017 (c) |
| For the Period Ending: | 09/30/2018 | | | §341(a) Meeting Date: | 12/02/2015 |
| | | | | Claims Bar Date: | 03/07/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| | |
|---|---|
| 05/16/2016 | req 2015 return again |
| 04/26/2016 | AP filed ag. the daughter of debtor. working w/ Tim Gensmer who is repping daughter now. |
| 04/25/2016 | tx w/ d. McEwen on undoing title issues and undoing the sale of the condos so they are prop. of the estate. |
| 04/15/2016 | req tax return again |
| 04/15/2016 | filed bos |
| 04/01/2016 | tc w/ D. McEwen. correcting title issues and selling 2 condos that were transferred. |
| 02/24/2016 | requested 2015 return |
| 01/26/2016 | filed nos |
| 01/06/2016 | em atty reg bb |
| 01/06/2016 | heard back from atty and did PE sell? |
| 12/17/2015 | em to Melanie Newby about using USC 440.22 as an ex. tickled to obj. if not amended. |
| 12/17/2015 | OBJ. TO EX. |
| 12/09/2015 | Filed app to hr ts |
| 12/02/2015 | PE but in w. va. also ex. is incorrect on b. stmt. but atty is ckg what it should be. before I obj. to ex. |

| Initial Projected Date Of Final Report (TFR): | 06/04/2017 | Current Projected Date Of Final Report (TFR): | 12/01/2018 | /s/ TRACI K. STEVENSON |
|---|---|---|---|---|
| | | | | TRACI K. STEVENSON |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 1

| Case No. | 15-10728 | | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|---|
| Case Name: | JOHNSON, KAY N | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6125 | | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 04/01/2018 | | Blanket bond (per case limit): | $26,930,000.00 |
| For Period Ending: | 09/30/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/26/2016 | (14) | Kay Johnson | bb per doc #20 dates 1/26/16 | 1129-000 | $1,000.00 | | $1,000.00 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $999.74 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.50 | $998.24 |
| 03/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $996.63 |
| 04/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.60 | $995.03 |
| 05/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.55 | $993.48 |
| 06/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.55 | $991.93 |
| 07/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.60 | $990.33 |
| 08/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.59 | $988.74 |
| 10/31/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.49 | $987.25 |
| 11/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.54 | $985.71 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $1.59 | $984.12 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.58 | $982.54 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.43 | $981.11 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.68 | $979.43 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.42 | $978.01 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.57 | $976.44 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.62 | $974.82 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.47 | $973.35 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.57 | $971.78 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.56 | $970.22 |
| 10/30/2017 | | Green Bank | Reverse bank fees | 2600-000 | | ($18.52) | $988.74 |
| 11/01/2017 | 101 | Traci K. Stevenson | per ord # 123 dated 8/31/17 | 3110-000 | | $988.74 | $0.00 |

| | | | | SUBTOTALS | $1,000.00 | $1,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

| Case No. | 15-10728 | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | JOHNSON, KAY N | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6125 | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $26,930,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/27/2018 | | Kay Johnson | bb per doc #20 dates 1/26/16 and 2015 tax refund | * | $3,597.60 | | $3,597.60 |
| | {14} | | $3,050.00 | 1129-000 | | | $3,597.60 |
| | {13} | | $547.60 | 1124-000 | | | $3,597.60 |
| 06/07/2018 | (17) | Marcella James and Kimberly Prozzillo | june rental income | 1222-000 | $950.00 | | $4,547.60 |
| 07/03/2018 | (17) | Marcella J. James and Kimberly Prozzillo | July rental income | 1222-000 | $768.11 | | $5,315.71 |
| 08/07/2018 | (17) | Marcella James and Kimberly Prozzillo | Rental Income August | 1222-000 | $950.00 | | $6,265.71 |
| 09/13/2018 | (17) | Marvella J. James and Kimberly Prozzillo | Rental income | 1222-000 | $950.00 | | $7,215.71 |

|  |  |  |
|---|---|---|
| **TOTALS:** | $8,215.71 | $1,000.00 | $7,215.71 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $8,215.71 | $1,000.00 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $8,215.71 | $1,000.00 | |

| For the period of 04/01/2018 to 09/30/2018 | | For the entire history of the account between 01/26/2016 to 9/30/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,618.11 | Total Compensable Receipts: | $8,215.71 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $3,618.11 | Total Comp/Non Comp Receipts | $8,215.71 |
| Total Internal/Transfer Receipts | $0.00 | Total Internal/Transfer Receipts | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $1,000.00 |
| Total Non-Compensable Disbursement | $0.00 | Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 | Total Comp/Non Comp Disbursements | $1,000.00 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| Case No. | 15-10728 | Trustee Name: | Traci K. Stevenson |
|---|---|---|---|
| Case Name: | JOHNSON, KAY N | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6125 | Checking Acct #: | ******2801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 04/01/2018 | Blanket bond (per case limit): | $26,930,000.00 |
| For Period Ending: | 09/30/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $8,215.71 | $1,000.00 | $7,215.71 |

For the period of 04/01/2018 to 09/30/2018

| | |
|---|---|
| Total Compensable Receipts: | $3,618.11 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $3,618.11 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $0.00 |

For the entire history of the account between 01/26/2016 to 9/30/2018

| | |
|---|---|
| Total Compensable Receipts: | $8,215.71 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $8,215.71 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $1,000.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $1,000.00 |
| Total Internal/Transfer Disbursements | $0.00 |

/s/ TRACI K. STEVENSON

TRACI K. STEVENSON