IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                               CASE NO. 15-10728-MGW

KAY N JOHNSON

Chapter 7

Debtor
_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Sell Property Free and Clear of Liens doc# 171 has been furnished by U.S. mail or electronically this October 21, 2019 to the attached mailing matrix.

/s/ Traci K. Stevenson
TRACI K. STEVENSON, Trustee
P.O. Box 86690
Madeira Beach, FL 33738
(727) 397-4838
Florida Bar# 942227
tracikstevenson@gmail.com