IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                              CASE NO. 15-10728-MGW

KAY N JOHNSON

                                                             Chapter 7

_____Debtor_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Preliminary Hearing has been furnished by U.S. mail or electronically this October 21, 2019 to the attached mailing matrix.

/s/ Traci K. Stevenson
TRACI K. STEVENSON, Trustee
P.O. Box 86690
Madeira Beach, FL 33738
(727) 397-4838
Florida Bar# 942227
tracikstevenson@gmail.com