

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/19/2019 10:00 AM

COURTROOM   8A

HONORABLE MICHAEL WILLIAMSON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:15-bk-10728-MGW** | **7** | **10/23/2015** |

**Chapter 7**

**DEBTOR:**     Kay Johnson

**DEBTOR ATTY:**     **Melanie Newby**

**TRUSTEE:**     **Traci Stevenson**

**HEARING:**

Motion to Sell Property Free and Clear of Liens. Property description: 4001 Beneva Rd, Apt 105 Sarasota, FL 34233. .     Filed by Trustee Traci K. Stevenson.   Doc. 172

**APPEARANCES:**:
David McEwen (telephonic) for Trustee
**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion to Sell Property Free and Clear of Liens. Property description: 4001 Beneva Rd, Apt 105 Sarasota, FL 34233. .     Filed by Trustee Traci K. Stevenson.   Doc. 172 -   Granted, order by McEwen
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.